**CORPORACION TIM, S.A., and Anna–Caroline Wohr, Plaintiffs–Appellants,**

v.

**Hans SCHUMACHER, Defendant–Appellee.**

No. 06–1485–cv.

United States Court of Appeals, Second Circuit.

April 17, 2007.

Richard N. Gray (Anthony L. Tersigni, brief), Meyers Tersigni Feldman & Gray LLP, New York, NY, for Appellants.

Thomas R. Fallati (Kenneth M. Breen and Kristen M. Kapoor, on the brief), Fulbright & Jaworski LLP, New York, NY, for Appellee.

PRESENT: RALPH K. WINTER, JOSÉ A. CABRANES and PETER W. HALL, Circuit Judges.

### SUMMARY ORDER

Plaintiffs-appellants appeal from a judgment of the District Court dismissing their claims against defendant-appellee on the ground of *forum non conveniens.* Upon review of the record, we conclude that the District Court neither abused its discretion nor misapplied governing legal standards. *See Iragorri v. United Techs. Corp.,* 274 F.3d 65, 72 (2d Cir.2001) (en banc). The judgment of the District Court is AFFIRMED.